## FLINT v. STATE.

No. 26927.

Court of Criminal Appeals of Texas.

April 7, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Possession and transportation of whisky and beer for the purpose of sale in a dry area is the offense; the punishment, a fine of $500 and thirty days in jail.